IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LARRY EDWARDS, | : | Case No. C1-01-218 |
| Petitioner, | : | |
| v. | : | Judge Beckwith |
| ANTHONY J. BRIGANO, | : | Magistrate Judge Sherman |
| Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS**

Assistant Attorney General M. Scott Criss, counsel for Respondent Anthony J. Brigano, hereby gives notice to the Court and the parties of the change of his office address. The new address is reflected below and is effective as of September 22, 2003.

    Respectfully submitted,

    JIM PETRO
    Attorney General


    s/M. Scott Criss
    M. SCOTT CRISS  (0068105)
    Assistant Attorney General
    Corrections Litigation Section
    150 E. Gay Street, 16th Floor
    Columbus, Ohio 43215
    (614) 644-7233

    Trial Attorney for Respondent

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Change of Address* was sent to Counsel for Petitioner, Henry Frederick Hoefle, Esq., 1400 American Building, 30 East Central Parkway, Cincinnati, OH 45202-1117, via U.S. mail, postage prepaid, this 22nd day of October, 2003.

s/M. Scott Criss
M. SCOTT CRISS
Assistant Attorney General
