UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK

03 NOV -5 PM 4:34

**LARRY EDWARDS,**

    *Petitioner*

vs.

**ANTHONY J. BRIGANO,**

    *Respondent*

NO. C-1-01-218
[Judge Beckwith]
[Magistrate Judge Novotny]

MOTION AND MEMORANDUM
FOR EXTENSION OF TIME TO
FILE OBJECTIONS

Petitioner respectfully moves the Court for an extension of time to file his Objections to the Report and Recommendation of the Magistrate Judge, filed by the Clerk on November 3, 2003, for an additional 30 days, until on or before December 18, 2003, for the reason that Counsel for Petitioner will be required to perform his civic obligation on jury duty for three weeks beginning November 10, 2003, which is prior to the time within which the Objections must be filed. See Summons, Ex.A.

Opposing counsel, Mr. M. Scott Criss, Assistant Attorney General, has been contacted personally by telephone, and indicated to the undersigned counsel for Petitioner that this motion will not be opposed.

Respectfully submitted,

H. FRED HOEFLE    No. 1717

415 Provident Bank Building
632 Vine Street
Cincinnati, Ohio 45202
(513) 241-2540; FX: (513) 421-3455

*Attorney for Petitioner*

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2003, I served opposing counsel with a true copy of the foregoing pleading by regular U.S. Mail directed to Mr. M. Scott Criss, Assistant Attorney General, at his office at 150 East Gay Street, Columbus, OH 43215.

H. FRED HOEFLE    No. 1717
*Attorney for Petitioner*