**EXHIBIT A**

Jury Commission Office
Hamilton County Courthouse
1000 Main Street Room 455
Cincinnati, OH 45202

13974

H FRED HOEFLE
Nov 10, 2003      8:30a.m.
Group: 1124       Petit

**JUROR BADGE**

**BRING SUMMONS ON SERVICE DATE**

**OPEN AT TABS**

Simon L. Leis, Jr
SHERIFF



## JUROR QUESTIONNAIRE ENCLOSED

OFFICIAL JURY SUMMONS ENCLOSED. DO NOT FORWARD OUT OF COUNTY.

## OPEN, FILL OUT, AND RETURN IMMEDIATELY

H FRED HOEFLE
4532 RUNNINGFAWN DR
CINCINNATI, OH   45247-7530

45247+7530

---

**JURY SUMMONS - HAMILTON COUNTY COURTS**

You are summoned to appear before the Honorable Presiding Judge Steven E. Martin, Court of Common Pleas, Hamilton County. Report to the Hamilton County Courthouse, 1000 Main Street, Room 455, the office of the Jury Commissioner to serve as a Juror for three weeks or **UNTIL DISCHARGED.**
**SEE REVERSE SIDE FOR SERVICE DATE, TIME TO APPEAR AND TYPE OF JUROR.**
If you have any questions or problems, call the JURY COMMISSION OFFICE at 946-JURY (946-5879).

Simon L. Leis, Jr.
Sheriff of Hamilton County

---

| **PARKING CO. OF AMERICA** | | **IMPERIAL PARKING** |
|---|---|---|
| $3.00-4.00 ALL DAY | | COURT STREET PARKING LOT ON EAST COURT STREET AT WALNUT STREET ENTER FROM EITHER CENTRAL PARKWAY OR EAST COURT STREET |
| **FROM I-75 TO I-71** | **FROM I-71 N** | |
| Merge left to 71 North to Columbus; stay left | Take Exit #2 -- Reading Road | **A&D PARKHAUS** |
| Take Exit #2 -- Reading Road/Florence Road | Stay left on to GILBERT AVENUE | 1123 SYCAMORE STREET |
| Stay right to Florence/Dorchester Avenue | Turn right in front of Greyhound Bus Station | ENTER FROM SYCAMORE OR READING ROAD |
| Turn right on EDEN PARK | **ENTER AT BOOTH ON COURT STREET ONLY** | |
| Turn right on GILBERT | | PARKING TICKET MUST BE VALIDATED |
| Turn right in front of Greyhound Bus Station | | BY THE JURY COMMISSION OFFICE |
| **ENTER AT BOOTH ON COURT STREET ONLY** | | TO RECEIVE JUROR RATE OF $5.00 PER DAY. |

**BRING SUMMONS WITH YOU ON FIRST DAY OF SERVICE**