UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK
2004 JAN -6 PM 2:31
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST DIV CINCINNATI

**LARRY EDWARDS,**

*Petitioner*

NO. C-1-01-218
[Judge Beckwith]
[Magistrate Judge Novotny]

*vs.*

**ANTHONY J. BRIGANO,**

NOTICE OF APPEAL

*Respondent*

Larry Edwards, Petitioner, pro se, hereby respectfully gives notice of appeal to the United States Court of Appeals for the Sixth Circuit of the judgment of the United States District Court for the Southern District of Ohio in this case denying Petitioner's petition for writ of habeas corpus, and also denying to Petitioner a certificate of appealability.

Petitioner brings this appeal *in forma pauperis*; in its judgment, the District Court granted Petitioner leave to appeal *in forma pauperis*. (Document 22).

Larry Edwards, pro se
# 372-597
P.O. Box 120 (WCI)
Lebanon, OH 45036
Petitioner