# TRANSMISSION FORM

| District Court: | S.D. of Ohio (Western Division) |
|---|---|
| District Court Case No: | 1:01cv0218 |

**SHORT CAPTION**

**LARRY EDWARDS***

Plaintiff/Petitioner

vs.

**ANTHONY J. BRIGANO**

Defendant/Respondent

#372-597
P.O. BOX 120
LEBANON, OHIO 45036

*provide pro se address IF NOT on the docket sheet

| District Court Judge: | SANDRA S. BECKWITH |
|---|---|
| Court Reporter(s): | |
| From Deputy Clerk: | ARTHUR HILL |
| Date: | 1/13/2004 |

$255.00 Appeal Filing Fee Paid? **NO**

---

**APPEAL INFORMATION to be completed by the Sixth Circuit**

Court of Appeals Case No: 04-3090

Case Manager: Robin Duncan

Date Filed:

**RECEIVED JAN 13 2004 Leonard Green Clerk**

**FILED JAN 22 2004 LEONARD GREEN, Clerk**

**Anything That Needs Special Attention**
NOTICE OF APPEAL(DOC.24) appealing ORDER(DOC.22) and JUDGMENT(DOC.23).

04 JAN 23 AH 9:25

FILED JAMES BONINI CLERK

---

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)** Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)    Volume(s)

Transcript(s)   Volume(s)        **Sealed**    Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **JAMES BONINI**
United States District Court