# TRANSMISSION FORM

| | |
|---|---|
| District Court: S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
| District Court Case No: 1:01cv0218 | Court of Appeals Case No: |
| SHORT CAPTION | |
| **LARRY J. EDWARDS** | Case Manager: |
| Plaintiff/Petitioner | Date Filed: |
| vs. | |
| **ANTHONY BRIGANO** | |
| Defendant/Respondent | |
| *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: Sandra S. Beckwith | Anything That Needs Special Attention |
| Court Reporter(s): | NOTICE OF APPEAL(DOC.24) appealing ORDER(DOC.22) and JUDGMENT(DOC.23) entered on 12/19/2003. |
| From Deputy Clerk: Arthur Hill | |
| Date: February 4, 2004 | |
| $255.00 Appeal Filing Fee Paid?  NO | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s)   **Three (3)** Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s) Volume(s)   **Sealed**   Volume(s)

\*\*Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **JAMES BONINI** _____
United States District Court