## TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:01cv0218 | **Court of Appeals Case No:** 04-3090 |
| **SHORT CAPTION** | |
| **LARRY J. EDWARDS** | **Case Manager:** |
| Plaintiff/Petitioner<br><br>vs.<br><br>**ANTHONY BRIGANO**<br><br>Defendant/Respondent<br><br>*provide pro se address IF NOT on the docket sheet | **Date Filed:**<br><br>**FILED**<br><br>FEB - 4 2004<br><br>LEONARD GREEN, Clerk |
| **District Court Judge:** Sandra S. Beckwith<br><br>**Court Reporter(s):** | **Anything That Needs Special Attention**<br><br>**NOTICE OF APPEAL(DOC.24)** appealing **ORDER(DOC.22) and JUDGMENT(DOC.23) entered on 12/19/2003.** |
| **From Deputy Clerk:** Arthur Hill<br><br>**Date:** February 4, 2004 | 04 FEB -5 PM 12: 23 |
| $255.00 Appeal Filing Fee Paid?  **NO** | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s)  **Three (3)** Volume(s)

Deposition(s)  Volume(s)    Exhibit(s)    Volume(s)

Transcript(s) Volume(s)  **Sealed**    Volume(s)

  **Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**JAMES BONINI**
Clerk: _____
United States District Court