UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-3090

06 FEB 24 PM 12:24

Filed: February 24, 2006

LARRY J. EDWARDS       1:01-cv-218

    Petitioner - Appellant

v.

ANTHONY BRIGANO, Warden

    Respondent - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 2/2/06 the mandate for this case hereby issues today.

COSTS: NO COSTS TAXED

Filing Fee ...........$
Printing .............$
    Total ............$

A True Copy.

Attest:

_____
Deputy Clerk