FILE COPY

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO  45202-3988

**LEONARD GREEN**
**CLERK**

**SCOTT J. SWEARINGEN**
(513) 564-7047
www.ca6.uscourts.gov

Filed: March 16, 2006

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 04-3090
   Edwards vs. Brigano
   District Court No. 01-00218

Dear Clerk:

Enclosed please find:

   The CERTIFIED RECORD RETURNED to lower court at the end of
   appellate proceedings. [04-3090] . Volumes included: 3 PI;

   .

   Please acknowledge receipt of the certified record on the attached
copy of this letter and return it to this office.

_Mercedes Lu, Case Administrator_
Name and Title of Authorized Agent for
the District Court or Government Agency

3-16-06
Date

Very truly yours,
Leonard Green, Clerk

Scott J. Swearingen
Records Management Deputy